No. 1,806.—BORDEAUX, RESPONDENT, *v.* BORDEAUX, APPELLANT.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

On motion to dismiss appeal.

Decided January 9, 1903.

PER CURIAM.—The motion to dismiss the appeal herein is hereby sustained, and the appeal is accordingly dismissed.

*Messrs. McHatton & Cotter, Mr. J. B. Root,* and *Mr. William A. Clark, Jr.,* for Appellant.

*Messrs. Stapleton & Stapleton,* and *Mr. B. S. Thresher,* for Respondent.

(For former opinion, see 26 Mont. 539, 69 Pac. 1130.)

---

No. 1,753.—BENDER, RESPONDENT, *v.* FUREY, SHERIFF, APPELLANT.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

On motion to dismiss appeal.

Decided January 21, 1903.

PER CURIAM.—The motion to dismiss the appeal herein is sustained, and the appeal is accordingly dismissed.